Hon. Richard A. Jones



07-CV-01189-DOCTRM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TIMOTHY S. VERNOR, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AUTODESK, INC., a Delaware corporation,<br><br>　　　　　Defendant. | No. 2:07-cv-01189-RAJ<br><br>STIPULATION AND [~~PROPOSED~~] ORDER SETTING DEADLINE FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND INITIAL SCHEDULING DATES<br><br>NOTE ON MOTION CALENDAR:<br>**December 18, 2007** |

I.　**STIPULATION**

Plaintiff Timothy Vernor ("Vernor") and defendant Autodesk, Inc. ("Autodesk"), without waiving any claims, defenses, or rights, hereby stipulate and agree that Autodesk's response to Vernor's First Amended Complaint shall be due January 15, 2008.

Vernor and Autodesk further stipulate, agree, and jointly request that the Court set the following dates for the Fed. R. Civ. P. 26(f) conference, initial disclosures, and submission of a joint status report and discovery plan:

　　February 15, 2008　　Deadline for Fed. R. Civ. P. 26(f) Conference

　　February 29, 2008　　Deadline for Fed. R. Civ. P. 26(a)(1) Initial Disclosures

STIP. AND [~~PROP.~~] ORD. SETTING DEADLINE
FOR DEF.'S RESP. TO PLTF.'S FIRST AM.
COMPLAINT AND INIT. SCHD. DATES
NO. 2:07-cv-01189-RAJ – Page 1

YARMUTH WILSDON CALFO PLLC
FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800  F 206.516.3888

February 29, 2008   Deadline for Combined Joint Status Report and Discovery Plan as Required by Fed. R. Civ. P. 26(f) and Local CR 16

Dated: December 18, 2007

Respectfully submitted,

| YARMUTH WILSDON CALFO PLLC | LAW OFFICES OF MICHAEL WITHEY |
|---|---|
| By: /s/ Angelo J. Calfo<br>Angelo J. Calfo, WSBA No. 27079<br>Jeremy E. Roller, WSBA No. 32021<br>Fourth & Madison<br>925 Fourth Avenue, Suite 2500<br>Seattle, WA 98104<br>Telephone: (206) 516-3800<br>Fax: (206) 516-3888<br>Email: acalfo@yarmuth.com<br>      jroller@yarmuth.com | By: /s/ Michael Withey<br>Michael Withey<br>601 Union Street, Suite 4200<br>Seattle, WA 98101<br>Telephone: (206) 405-1800<br>Fax: (866) 793-7216<br>Email: mike@witheylaw.com |
| DONAHUE GALLAGHER WOODS LLP | PUBLIC CITIZEN LITIGATION GROUP |
| By: /s/ Julie E. Hofer<br>Julie E. Hofer (*pro hac vice*)<br>Eric W. Doney (*pro hac vice*)<br>Lawrence K. Rockwell (*pro hac vice*)<br>300 Lakeside Drive, Suite 1900<br>Oakland, CA 94612<br>Telephone: (510) 451-0544<br>Fax: (510) 832-1486<br>Email: julie@donahue.com<br>      eric@donahue.com<br>      larry@donahue.com | By: /s/ Gregory A. Beck<br>Gregory A. Beck (*pro hac vice*)<br>1600 20th Street NW<br>Washington, DC 20009<br>Telephone: (202) 588-1000<br>Fax: (202) 588-7795<br>Email: gbeck@citizen.org |
| Attorneys for Defendant Autodesk, Inc. | Attorneys for Plaintiff Timothy Vernor |

STIP. AND [PROP.] ORD. SETTING DEADLINE FOR DEF.'S RESP. TO PLTF.'S FIRST AM. COMPLAINT AND INIT. SCHD. DATES NO. 2:07-cv-01189-RAJ – Page 2

YARMUTH WILSDON CALFO PLLC
FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800  F 206.516.3888

## II. ORDER

IT IS SO ORDERED.

Dated this 10th day of December, 2007.

_____
The Honorable Richard A. Jones
United States District Judge

Presented by,

YARMUTH WILSDON CALFO PLLC

By: /s/ Angelo J. Calfo
Angelo J. Calfo, WSBA No. 27079
Jeremy E. Roller, WSBA No. 32021
Fourth & Madison
925 Fourth Avenue, Suite 2500
Seattle, WA 98104
Telephone: (206) 516-3800
Fax: (206) 516-3888
Email: acalfo@yarmuth.com
jroller@yarmuth.com


DONAHUE GALLAGHER WOODS LLP

By: /s/ Julie E. Hofer
Julie E. Hofer (*pro hac vice*)
Eric W. Doney (*pro hac vice*)
Lawrence K. Rockwell (*pro hac vice*)
300 Lakeside Drive, Suite 1900
Oakland, CA 94612
Telephone: (510) 451-0544
Fax: (510) 832-1486
Email: julie@donahue.com
eric@donahue.com
larry@donahue.com

Attorneys for Defendant Autodesk, Inc.

STIP. AND [PROP.] ORD. SETTING DEADLINE
FOR DEF.'S RESP. TO PLTF.'S FIRST AM.
COMPLAINT AND INIT. SCHD. DATES
NO. 2:07-cv-01189-RAJ – Page 3
456.02 hl121502 12/18/07

YARMUTH WILSDON CALFO PLLC
FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800  F 206.516.3888