Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

TIMOTHY S. VERNOR, an individual,

        Plaintiff,

    v.

AUTODESK, INC., a Delaware corporation,

        Defendant.

No. 2:07-cv-01189-RAJ

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS AND RE-SETTING INITIAL SCHEDULING DATES

NOTE ON MOTION CALENDAR:
**January 29, 2008**

## I.    STIPULATION

Plaintiff Timothy Vernor ("Vernor") and defendant Autodesk, Inc. ("Autodesk"), hereby stipulate and agree that Autodesk's Motion to Dismiss Complaint, or in the Alternative, for Summary Judgment (Dkt. # 20) should be re-noted for February 29, 2008, that the deadline for Vernor's response to that motion should be set for February 21, 2008, and that the deadline for Autodesk's reply in support of the motion should be set for February 29, 2008.

Vernor and Autodesk further stipulate, agree, and jointly request that the Court set the following dates for the Fed. R. Civ. P. 26(f) conference, initial disclosures, and submission of a joint status report and discovery plan:

STIP. AND [PROP.] ORD. EXTENDING DDL. FOR PLTF.'S RESP. TO DEF.'S MTN TO DISMISS AND RE-SET. INIT. SCH. DATES NO. 2:07-cv-01189-RAJ – Page 1

YARMUTH WILSDON CALFO PLLC
FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800   F 206.516.3888

| | | |
|---|---|---|
| 1 | March 28, 2008 | Deadline for Fed. R. Civ. P. 26(f) Conference |
| 2 | April 11, 2008 | Deadline for Fed. R. Civ. P. 26(a)(1) Initial Disclosures |
| 3 | April 11, 2008 | Deadline for Combined Joint Status Report and Discovery |
| 4 | | Plan as Required by Fed. R. Civ. P. 26(f) and Local CR 16 |

Dated: January 29, 2008

Respectfully submitted,

YARMUTH WILSDON CALFO PLLC                     LAW OFFICES OF MICHAEL WITHEY

By: /s/ Jeremy E. Roller                       By: /s/ Gregory A. Beck for
Angelo J. Calfo, WSBA No. 27079                Michael Withey
Jeremy E. Roller, WSBA No. 32021               601 Union Street, Suite 4200
Fourth & Madison                               Seattle, WA  98101
925 Fourth Avenue, Suite 2500                  Telephone:  (206) 405-1800
Seattle, WA  98104                             Fax:  (866) 793-7216
Telephone:  (206) 516-3800                     Email:  mike@witheylaw.com
Fax:  (206) 516-3888
Email:  acalfo@yarmuth.com
        jroller@yarmuth.com


DONAHUE GALLAGHER WOODS LLP                    PUBLIC CITIZEN LITIGATION GROUP

By: /s/ Julie E. Hofer                         By: /s/ Gregory A. Beck
Julie E. Hofer (*pro hac vice*)                Gregory A. Beck (*pro hac vice*)
Eric W. Doney (*pro hac vice*)                 1600 20th Street NW
Lawrence K. Rockwell (*pro hac vice*)          Washington, DC  20009
300 Lakeside Drive, Suite 1900                 Telephone:  (202) 588-1000
Oakland, CA  94612                             Fax:  (202) 588-7795
Telephone:  (510) 451-0544                     Email:  gbeck@citizen.org
Fax:  (510) 832-1486
Email:  julie@donahue.com
        eric@donahue.com
        larry@donahue.com


Attorneys for Defendant Autodesk, Inc.         Attorneys for Plaintiff Timothy Vernor

STIP. AND [PROP.] ORD. EXTENDING DDL.
FOR PLTF.'S RESP. TO DEF.'S MTN TO
DISMISS AND RE-SET. INIT. SCH. DATES
NO. 2:07-cv-01189-RAJ – Page 2

**Yarmuth Wilsdon Calfo pllc**
FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800   F 206.516.3888

STIP. AND [PROP.] ORD. EXTENDING DDL.
FOR PLTF.'S RESP. TO DEF.'S MTN TO
DISMISS AND RE-SET. INIT. SCH. DATES
NO. 2:07-cv-01189-RAJ – Page 2

**Yarmuth Wilsdon Calfo pllc**
FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800   F 206.516.3888

## II.   ORDER

IT IS SO ORDERED.

Dated this _____ day of _____, 2008.

_____
The Honorable Richard A. Jones
United States District Judge

Presented by,

YARMUTH WILSDON CALFO PLLC


By: /s/ Jeremy E. Roller
Angelo J. Calfo, WSBA No. 27079
Jeremy E. Roller, WSBA No. 32021
Fourth & Madison
925 Fourth Avenue, Suite 2500
Seattle, WA  98104
Telephone:  (206) 516-3800
Fax:  (206) 516-3888
Email:  acalfo@yarmuth.com
            jroller@yarmuth.com


DONAHUE GALLAGHER WOODS LLP


By: /s/ Julie E. Hofer
Julie E. Hofer (*pro hac vice*)
Eric W. Doney (*pro hac vice*)
Lawrence K. Rockwell (*pro hac vice*)
300 Lakeside Drive, Suite 1900
Oakland, CA  94612
Telephone:  (510) 451-0544
Fax:  (510) 832-1486
Email:  julie@donahue.com
            eric@donahue.com
            larry@donahue.com

Attorneys for Defendant Autodesk, Inc.

STIP. AND [PROP.] ORD. EXTENDING DDL.
FOR PLTF.'S RESP. TO DEF.'S MTN TO
DISMISS AND RE-SET. INIT. SCH. DATES
NO. 2:07-cv-01189-RAJ – Page 3
456.02 ia291501 1/29/08

**Yarmuth Wilsdon Calfo pllc**
FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800   F 206.516.3888