HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TIMOTHY S. VERNOR,

    Plaintiff,

    v.

AUTODESK, INC.,

    Defendant.

CASE NO. C07-1189RAJ

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Richard A. Jones:

Having reviewed the parties' joint motion (Dkt. # 63) regarding the remaining case management deadlines and trial date, the court GRANTS the motion and VACATES the trial date and all remaining pretrial deadlines in this matter. The court will impose a new trial schedule in the order resolving the parties' pending cross-motions for summary judgment.

Filed and entered this 6th day of April, 2009.

BRUCE RIFKIN, Clerk

s/Consuelo Ledesma

By

Deputy Clerk

MINUTE ORDER – 1