Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TIMOTHY S. VERNOR, an individual,<br><br>               Plaintiff,<br><br>   v.<br><br>AUTODESK, INC., a Delaware corporation,<br><br>               Defendant. | No. 2:07-cv-01189-RAJ<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO CORRECT RECORD**<br><br>**Note on Motion Calendar:**<br>October 6, 2009 |

### STIPULATION

Plaintiff Timothy S. Vernor ("Vernor") and Defendant Autodesk, Inc. ("Autodesk"), by and through their attorneys of record, stipulate and agree that the record in this matter should be corrected as follows.

At oral argument held before this Court on September 29, 2009, the Court directed questions to counsel for Autodesk regarding certain exhibits to the Declaration of George C. Harris in Support of Autodesk's Motion for Summary Judgment (Dkt. # 51), which was filed on February 20, 2009 ("Harris Decl."). Attached thereto was a copy of the Consent Judgment in *Autodesk, Inc. v. Cardwell Architects, Inc.*, No. 4:09-cv-00397 (N.D. Cal. Feb. 6, 2009). Harris Decl. ¶ 4 (p. 2) and Ex. B (pp. 18–71). The Consent Judgment included a copy of the Stipulated Motion for Entry of Consent Judgment and Proposed Consent

STIPULATED MOTION AND [PROPOSED] ORDER
TO CORRECT RECORD
NO. 2:07-cv-01189-RAJ – Page 1

YARMUTH WILSDON CALFO
818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

1  Judgment with exhibits. Harris Decl. Ex. B (pp. 33-71). One of those exhibits, Exhibit 6,
2  was identified as a copy of the Software License Agreement ("SLA") for AutoCAD® 2000
3  software. Harris Decl. Ex. B (pp. 42 and 70-71). The document attached, however, was not
4  the AutoCAD® 2000 SLA.
5       The Court's September 30, 2009 Summary Judgment Order (Dkt. # 71) noted the
6  absence of that document as follows:

> Autodesk purported to submit a copy of the AutoCAD 2000 license in its
> 2009 consent judgment (Harris Decl., Ex. B at ¶ 8 (citing Ex. 6)), but the
> submitted exhibit is merely the first page of the "click-through" license for
> AutoCAD 14. The court assumes that CTA agreed to destroy the
> AutoCAD 14 software in 2002 only because the assumption ultimately
> does not prejudice Mr. Vernor.

Summary Judgment Order at 8.

     In order to correct the record, the parties stipulate and agree that the Supplemental Declaration of Evelyn LaHaie, which includes the AutoCAD® 2000 SLA, should be made a part of the Court's record. *See* Fed. R. App. P. 10(e)(2).

//

//

//

STIPULATED MOTION AND [PROPOSED] ORDER
TO CORRECT RECORD
NO. 2:07-cv-01189-RAJ – Page 2

YARMUTH WILSDON CALFO
818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

| | |
|---|---|
| 1 | Dated: October 6, 2009 |
| 2 | Respectfully submitted, |

| YARMUTH WILSDON CALFO PLLC | PUBLIC CITIZEN LITIGATION GROUP |
|---|---|
| By: /s/ Jeremy E. Roller<br>Angelo J. Calfo, WSBA No. 27079<br>Jeremy E. Roller, WSBA No. 32021<br>818 Stewart Street, Suite 1400<br>Seattle, WA  98101<br>Telephone:  (206) 516-3800<br>Fax:  (206) 516-3888<br>Email: acalfo@yarmuth.com<br>         jroller@yarmuth.com | By: /s/ Gregory A. Beck<br>Gregory A. Beck (*pro hac vice*)<br>1600 20th Street NW<br>Washington, DC  20009<br>Telephone:  (202) 588-1000<br>Fax:  (202) 588-7795<br>Email: gbeck@citizen.org<br><br>***Attorneys for Plaintiff Timothy Vernor*** |

DONAHUE GALLAGHER WOODS LLP

By: /s/ Julie E. Hofer
Lawrence K. Rockwell (*pro hac vice*)
Eric W. Doney (*pro hac vice*)
Julie E. Hofer (*pro hac vice*)
300 Lakeside Drive, Suite 1900
Oakland, CA  94612
Telephone:  (510) 451-0544
Fax:  (510) 832-1486
Email: larry@donahue.com
         eric@donahue.com
         julie@donahue.com

MORRISON & FOERSTER LLP

By: /s/ Michael A. Jacobs
Michael A. Jacobs (*pro hac vice*)
George C. Harris (*pro hac vice*)
Lynn M. Humphreys (*pro hac vice*)
425 Market Street
San Francisco, CA  94105-2482
Telephone:  (415) 268.7000
Fax:  (415) 268.7522
Email: MJacobs@mofo.com
         GHarris@mofo.com
         LHumphreys@mofo.com

***Attorneys for Defendant Autodesk***

STIPULATED MOTION AND [PROPOSED] ORDER
TO CORRECT RECORD
NO. 2:07-cv-01189-RAJ – Page 3

YARMUTH WILSDON CALFO
818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

# ORDER

IT IS SO ORDERED. The Supplemental Declaration of Evelyn LaHaie attached to the preceding stipulation is accepted to the record in this matter.

Dated: _____, 2009.

_____
HONORABLE RICHARD A. JONES
UNITED STATES DISTRICT JUDGE

Presented by:
YARMUTH WILSDON CALFO PLLC

By: /s/ Jeremy E. Roller
Angelo J. Calfo, WSBA No. 27079
Jeremy E. Roller, WSBA No. 32021
818 Stewart Street, Suite 1400
Seattle, WA  98101
Telephone:  (206) 516-3800
Fax:  (206) 516-3888
Email:  acalfo@yarmuth.com
        jroller@yarmuth.com

DONAHUE GALLAGHER WOODS LLP

By: /s/ Julie E. Hofer
Lawrence K. Rockwell (*pro hac vice*)
Eric W. Doney (*pro hac vice*)
Julie E. Hofer (*pro hac vice*)
300 Lakeside Drive, Suite 1900
Oakland, CA  94612
Telephone:  (510) 451-0544
Fax:  (510) 832-1486
Email:  larry@donahue.com
        eric@donahue.com
        julie@donahue.com

MORRISON & FOERSTER LLP

By: /s/ Michael A. Jacobs
Michael A. Jacobs (*pro hac vice pending*)
George C. Harris (*pro hac vice pending*)
Lynn M. Humphreys (*pro hac vice pending*)
425 Market Street
San Francisco, CA  94105-2482
Telephone:  (415) 268.7000
Fax:  (415) 268.7522
Email:  MJacobs@mofo.com
        GHarris@mofo.com
        LHumphreys@mofo.com
***Attorneys for Defendant Autodesk, Inc.***

STIPULATED MOTION AND [PROPOSED] ORDER
TO CORRECT RECORD
NO. 2:07-cv-01189-RAJ – Page 4

YARMUTH WILSDON CALFO
818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

456.02 jj062501 10/6/09