Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TIMOTHY S. VERNOR, an individual,<br><br>               Plaintiff,<br><br>   v.<br><br>AUTODESK, INC., a Delaware corporation,<br><br>               Defendant. | No. 2:07-cv-01189-RAJ<br><br>**SUPPLEMENTAL DECLARATION OF EVELYN LAHAIE** |

I, EVELYN LAHAIE, declare as follows:

1. I am a litigation and license compliance paralegal for defendant Autodesk, Inc. ("Autodesk"). I began working for Autodesk in 1988. Since 1991, I have worked in either the Legal Department or License Compliance Department (formerly known both as Piracy Prevention and as Anti-Piracy) of Autodesk. The License Compliance Department directs Autodesk's efforts to stop unauthorized distribution and use of Autodesk's software products.

2. During the course of my twenty-one years at Autodesk and my eighteen years of working in license compliance for Autodesk, I have become very familiar with Autodesk's

SUPPLEMENTAL DECLARATION OF EVELYN LAHAIE
2:07-cv-01189-RAJ – Page 1

YARMUTH WILSDON CALFO PLLC
818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800  F 206.516.3888

various software products, the media on which Autodesk has distributed authorized copies of its products, the packaging in which Autodesk has distributed authorized copies of its products, and the Autodesk Software License Agreement ("SLA"). I make this declaration based on my personal knowledge, except as specifically identified herein, and, if called as a witness, could and would competently testify about the matters stated below.

3. I have reviewed Exhibit B to the Declaration of George C. Harris, which I understand was filed as docket entry number 51 in this matter ("Harris Decl."). Exhibit B to the Harris Decl. I reviewed includes a copy of the Stipulated Motion for Entry of Consent Judgment and Proposed Consent Judgment in *Autodesk, Inc. v. Cardwell Architects, Inc.*, No. 4:09-cv-00397 (N.D. Cal. Feb. 6, 2009). Exhibit 6 to that Stipulated Motion for Entry of Consent Judgment and Proposed Consent Judgment is a document incorrectly identified as a copy of the SLA for AutoCAD® 2000 software. A true and correct copy of the SLA for AutoCAD® 2000 software is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 2nd day of October, 2009, at San Rafael, California.

_____
Evelyn LaHaie

SUPPLEMENTAL DECLARATION OF EVELYN LAHAIE
2:07-cv-01189-RAJ – Page 2

YARMUTH WILSDON CALFO PLLC
818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800  F 206.516.3888

# EXHIBIT A

# AUTODESK SOFTWARE LICENSE AGREEMENT
## U.S.-Canada

**IMPORTANT, PLEASE READ THIS FIRST. THIS IS A LICENSE AGREEMENT.**

Autodesk is willing to license the accompanying software to you only upon the condition that you accept all of the terms contained in this license agreement and any supplementary or unique license terms included herewith ("Agreement").

READ THE TERMS AND CONDITIONS OF THIS AGREEMENT CAREFULLY BEFORE SELECTING THE "**I ACCEPT**" BUTTON AT THE BOTTOM OF THE PAGE. BY SELECTING THE "**I ACCEPT**" BUTTON, YOU ARE CONSENTING TO BE BOUND BY ALL THE TERMS OF THE LICENSE AGREEMENT AND THE SOFTWARE WILL BE INSTALLED.  YOU MAY PRINT THIS AGREEMENT BY SELECTING **"PRINT"** BELOW.

IF YOU ARE NOT WILLING TO BE BOUND BY THIS AGREEMENT AND YOU DO NOT AGREE TO All OF ITS TERMS AND CONDITIONS, SELECT "**I REJECT**" -- WHICH WILL CANCEL THE LOADING OF THE SOFTWARE -- AND, WITHIN THIRTY (30) DAYS, RETURN THIS SOFTWARE, THE SOFTWARE PACKAGE AND ALL OTHER ITEMS IN THE PACKAGE, WITH DATED PROOF OF PURCHASE TO THE LOCATION WHERE YOU ACQUIRED IT FOR A FULL REFUND. YOUR USE OF THE SOFTWARE ALSO INDICATES YOUR ASSENT TO BE BOUND BY THE LICENSE TERMS SET FORTH HEREIN.

**COPYING OF THIS COMPUTER PROGRAM OR ITS DOCUMENTATION EXCEPT AS PERMITTED BY THIS LICENSE IS COPYRIGHT INFRINGEMENT UNDER THE LAWS OF YOUR COUNTRY. IF YOU COPY THIS COMPUTER PROGRAM WITHOUT PERMISSION OF AUTODESK, YOU ARE VIOLATING THE LAW. YOU MAY BE LIABLE TO AUTODESK FOR DAMAGES, AND YOU MAY BE SUBJECT TO CRIMINAL PENALTIES.**

1. **Grant of License**

Autodesk, Inc. ("Autodesk") grants you a nonexclusive, nontransferable license to use the enclosed program (the "Software") and its printed manual and other accompanying material ("Documentation") with equipment owned by you or under your control, according to the terms and conditions of this License Agreement. This License Agreement permits a single user to install and use the Software on only one computer at one location at any one time. However, if this Software is being licensed to you for use over a network (certain products only which are identified as Network versions), you may operate the Software as a multiple-user installation with either:

   (i) the maximum number of concurrent users being one (1) so that multiple individuals may access the Software, but that only one person at a time may do so, or

   (ii) the maximum number of concurrent users being two (2) or more, in which case you must buy the first complete Software package and also a specified number of licenses for each additional concurrent user.

**Educational & Student Versions:** If this Software has been licensed and/or labeled as an Educational version, you may use it only for the purpose of training and instruction, and for no other purpose. If this Software is a Student version, it may be used only by the student who acquired it and only for study and instruction. Neither Educational nor Student versions of the Software may be used for commercial purposes.

**Back-Up Copy:** Regardless of which version of the Software you have acquired, this License permits you to make only one archival (back-up) copy of the Software. Such archival copy may not be installed on another computer, unless such computer is a partitioned drive of a server to which only the authorized user has access. In any event, the archival copy may not be used or installed as long as another copy of the Software is installed on any computer. If the Documentation is in printed form, it may not be copied. If the Documentation is in electronic form, you may print out one (1) copy, which may not be copied.

**Additional Installation:** You may install and use a second copy of the Software on the hard disk of a second computer you may have provided that (1) the additional copy is used only by you; (2) only one of the Software copies is in use at any one time at any one location; (3) the second copy of the Software is used exclusively with the copy protection device (if any) supplied with the Software.

**Upgrades:** If this Software is labeled as an upgrade to software previously licensed to you, you must destroy all copies of the software previously licensed to you replaced by this Software, including any copies resident on your hard disk drive, and return the hardware lock, if any, which accompanied the software previously licensed to you (unless Autodesk explicitly notifies you that the hardware lock is to be used with the upgrade), within sixty days of acquiring this Software. Autodesk reserves the right to require you to show satisfactory proof that previous copies of the Software have been destroyed. If the hardware lock is not returned within the stipulated period, Autodesk reserves the right, without limitation, to charge you, and you shall pay, the difference in price between the upgrade license price and the suggested retail price of this Software. Software patches, if any, provided to you by Autodesk or an authorized third party in connection with the Software licensed to you hereunder, shall be subject to the terms and conditions of this License Agreement unless otherwise specified at the time of delivery.

**Lab Pack License**. If the Software is licensed to you as a Lab Pack (certain products only) and you have paid the Lab Pack license fee, then you may install the Software on the number of computers and make the number of copies of the Documentation as authorized for such Lab Pack. In any event, no more than the number of copies of the Software authorized for such Lab Pack may be used simultaneously.

**Authorization Code:** If this Software requires an authorization code, you must register your purchase of this Software product with Autodesk before an authorization code shall be issued to you.

**2. RESTRICTIONS:**
**THIS SOFTWARE MAY NOT BE USED OR TRANSFERRED OUTSIDE OF THE WESTERN HEMISPHERE (U.S., Canada, Caribbean Islands and Latin America), REGARDLESS OF WHETHER SUCH TRANSFER IS ACCOMPLISHED BY PHYSICAL OR ELECTRONIC MEANS**

    **You May Not:**
1. copy the Software or Documentation except as permitted by this license.
2. reverse engineer, decompile or disassemble the Software except to the extent permitted by law where this is indispensable to obtain the information necessary to achieve interoperability of an independently created program with the Software or with another program and such information is not readily available from Autodesk or elsewhere. You may not decompile the Software if such information is available by licensing any Autodesk Software Developer's Kit through an Authorized Autodesk Reseller or your local Autodesk office.
3. distribute, rent, loan, lease, sell, sublicense or otherwise transfer all or part of the Software, Documentation or any rights granted hereunder to any other person without the prior written consent of Autodesk.
4. remove, alter or obscure any proprietary notices, labels or marks from the Software or Documentation.
5. modify, translate, adapt, arrange or create derivative works based on the Software or Documentation for any purpose.
6. utilize any equipment, device, software or other means designed to circumvent or remove any form of copy protection used by Autodesk in connection with the

       Software, or use the Software together with any hardware lock, authorization code, serial number, or other copy protection device not supplied by Autodesk directly or through an Authorized Autodesk Reseller.
7.    use the Software or Documentation outside of the country in which it was purchased.
8.    export the Software or Documentation in violation of U.S. or other applicable export control laws.

**3.  Copyright**

Title and copyrights to the Software, Documentation and accompanying materials and any copies made by you remain with Autodesk.  Unauthorized copying of the Software or Documentation, or failure to comply with the above restrictions, will result in automatic termination of this license.

**4. Limited Warranties/Year 2000 Warranty**

Autodesk warrants that:  (1) for a 90 day period beginning on the date of delivery of the Software to you as evidenced by your receipt, the Software will provide the facilities and functions generally described in the Documentation and that the media on which the Software is furnished, the Documentation accompanying the Software, and any hardware lock or other copy protection device accompanying the Software will be free from defects in materials and workmanship under normal use, and (2) that the Software under normal use shall be able to accurately process date and time data from, into and beyond the year 2000 including leap year calculations.

EXCEPT FOR THE ABOVE EXPRESS LIMITED WARRANTIES, AUTODESK MAKES AND YOU RECEIVE NO WARRANTIES, EXPRESS, IMPLIED, STATUTORY OR IN ANY COMMUNICATION WITH YOU, AND AUTODESK SPECIFICALLY DISCLAIMS ANY OTHER WARRANTY INCLUDING THE IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. AUTODESK DOES NOT WARRANT THAT THE OPERATION OF THE SOFTWARE WILL BE UNINTERRUPTED OR ERROR-FREE. The above exclusions may not apply to you as some jurisdictions do not allow the exclusion of implied warranties.  In addition to the above warranty rights, you may also have other rights, which vary from jurisdiction to jurisdiction.

I.    *Autodesk's entire liability and your exclusive remedy under the warranties made in this License Agreement will be, at Autodesk's option, to attempt to correct or work around errors, to replace the defective media; documentation or copy protection device, or to refund the license fee and terminate this license. This remedy is subject to the return of the defective media, documentation or copy protection device with a copy of your receipt to your local Autodesk office or the Authorized Autodesk Reseller from whom it was obtained within ninety (90) days from the date of its delivery to you.  Following expiration of this ninety (90)-day period, Autodesk will replace any defective or damaged copy protection device in return for payment of an amount which covers the cost of a replacement device plus a fee for handling and shipment.*

**5. Disclaimer**

COMPUTER-AIDED DESIGN SOFTWARE AND OTHER TECHNICAL SOFTWARE ARE TOOLS INTENDED TO BE USED BY TRAINED PROFESSIONALS ONLY. THEY ARE NOT SUBSTITUTES FOR YOUR PROFESSIONAL JUDGMENT. COMPUTER-AIDED DESIGN SOFTWARE AND OTHER TECHNICAL SOFTWARE ARE INTENDED TO ASSIST WITH PRODUCT DESIGN AND ARE NOT SUBSTITUTES FOR INDEPENDENT TESTING OF PRODUCT STRESS, SAFETY AND UTILITY. DUE TO THE LARGE VARIETY OF POTENTIAL APPLICATIONS FOR THE SOFTWARE, THE

SOFTWARE HAS NOT BEEN TESTED IN ALL SITUATIONS UNDER WHICH IT MAY BE USED. AUTODESK SHALL NOT BE LIABLE IN ANY MANNER WHATSOEVER FOR THE RESULTS OBTAINED THROUGH THE USE OF THE SOFTWARE. PERSONS USING THE SOFTWARE ARE RESPONSIBLE FOR THE SUPERVISION, MANAGEMENT AND CONTROL OF THE SOFTWARE. THIS RESPONSIBILITY INCLUDES, BUT IS NOT LIMITED TO, THE DETERMINATION OF APPROPRIATE USES FOR THE SOFTWARE AND THE SELECTION OF THE SOFTWARE AND OTHER PROGRAMS TO ACHIEVE INTENDED RESULTS. PERSONS USING THE SOFTWARE ARE ALSO RESPONSIBLE FOR ESTABLISHING THE ADEQUACY OF INDEPENDENT PROCEDURES FOR TESTING THE RELIABILITY AND ACCURACY OF ANY PROGRAM OUTPUT, INCLUDING ALL ITEMS DESIGNED BY USING THE SOFTWARE.

**6. LIMITATION OF LIABILITY**
IN NO EVENT WILL AUTODESK BE LIABLE FOR ANY LOSS OR DAMAGES OF ANY KIND, INCLUDING LOSS OF DATA, LOST PROFITS, COST OF COVER OR OTHER SPECIAL, INCIDENTAL, CONSEQUENTIAL OR INDIRECT DAMAGES ARISING OUT OF THE USE OR INABILITY TO USE THE SOFTWARE OR DOCUMENTATION, HOWEVER CAUSED AND ON ANY THEORY OF LIABILITY. THIS LIMITATION WILL APPLY EVEN IF AUTODESK OR ANY AUTODESK RESELLER HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH LOSS OR DAMAGE. YOU ACKNOWLEDGE THAT THE LICENSE FEE REFLECTS THIS ALLOCATION OF RISK.

Autodesk shall have no responsibility or liability whatsoever arising from loss or theft of the Software or of any copy protection device with which the Software is supplied. Specifically, Autodesk shall not be obligated to replace any lost or stolen software or copy protection device. You are solely responsible for safeguarding the Software and any copy protection device from loss or theft and protecting your investment through insurance or otherwise. The above limitation may not apply to you because some jurisdictions do not allow the limitation or exclusion of liability for incidental or consequential damages.

**7. Restricted Rights for US Government Customers**

This Software and Documentation are provided with RESTRICTED RIGHTS for US Government customers.  Use, duplication, or disclosure by the US Government is subject to restrictions as set forth in FAR 12.212 (Commercial Computer Software-Restricted Rights) and DFAR 227.7202 (Rights in Technical Data and Computer Software), as applicable.  Manufacturer is Autodesk, Inc., 111 McInnis Parkway, San Rafael, California 94903.

**8. Canadian Sales**

If you purchased this product in Canada, you agree to the following:  The parties hereto confirm that it is their wish that this Agreement, as well as other documents relating hereto, including Notices, have been and shall be written in the English language only.  Les parties aux présentes confirment leur volonté que cette Convention de même que tous les documents y compris tout avis qui s'y rattache, soient rédigés en langue anglaise.

**9. General.**

A. This license shall terminate without further notice or action by Autodesk if you, the licensee, shall become bankrupt, make an arrangement with your creditors or go into liquidation.

B. This Agreement shall not be governed by the UN Convention on Contracts for the Sale of Goods; rather this Agreement shall be governed by the laws of the State of California, U.S.A., including its Uniform Commercial Code without reference to conflict-of-laws principles.  This Agreement is the entire agreement between us and supersedes any other communications or advertising with respect to the Software and Documentation. If you have any questions, please contact your Authorized Autodesk Reseller.

C.  If any provision of these license conditions is found to be invalid or otherwise unenforceable, the further conditions of this license will remain fully effective and the parties will be bound by obligations which approximate, as closely as possible, the effect of the provision found invalid or unenforceable, without being themselves invalid or unenforceable.

D.  If you have any questions please send written inquires to: Autodesk, Inc., Customer Service, 111 McInnis Parkway, San Rafael, California 94903