Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMOTHY S. VERNOR, an individual,<br><br>                Plaintiff,<br><br>   v.<br><br>AUTODESK, INC., a Delaware corporation,<br><br>                Defendant. | No. 2:07-cv-01189-RAJ<br><br>JOINT STATEMENT, STIPULATION AND ORDER FOR ENTRY OF JUDGMENT |

**JOINT STATEMENT AND STIPULATION**

Plaintiff Timothy S. Vernor ("Vernor") and Defendant Autodesk, Inc. ("Autodesk"), by and through their attorneys of record, jointly file this statement and stipulation.

On March 16, 2011, this Court ordered the parties to file a joint statement setting forth the manner in which they wish to proceed in this case. On March 31, 2011, counsel for Vernor filed a Joint Statement on behalf of the parties informing the Court that Vernor intended to petition the Supreme Court for certiorari to review the Ninth Circuit's decision. The parties requested that the Court hold the case in abeyance while the case was pending in the Supreme Court and stated that the parties would file a further joint statement setting forth how they wished to proceed within 30 days of the Supreme Court's denial of the petition for certiorari or final disposition of the case.

JOINT STATEMENT, STIPULATION AND ORDER FOR ENTRY OF JUDGMENT
NO. 2:07-cv-01189-RAJ – Page 1

**Donahue Gallagher Woods LLP**
1999 Harrison Street, 25th Floor
Oakland, California 94612-3520
T: (510) 451-0544  F: (510) 832-1486

The petition for writ of certiorari was denied on October 3, 2011. On October 25, 2011, this Court ordered Vernor to file a statement by November 4, 2011, explaining whether he wishes to pursue the remainder of the case. The parties file this Joint Statement and Stipulation in response to the Court's order and to address the remaining issues in this case.

In the Opinion of the United States Court of Appeals for the Ninth Circuit filed on September 10, 2010 in No. 09-35969 ("Opinion"), the Ninth Circuit vacated this Court's grant of summary judgment in Vernor's favor on Vernor's First Claim for Relief and remanded the case. The Ninth Circuit held "that because CTA is a licensee, not an owner, the 'sale' of its Release 14 copies to Vernor did not convey ownership. Vernor is accordingly not entitled to invoke the first sale doctrine or the essential step defense, on behalf of his customers." Opinion at 13887. The case was remanded for further proceedings consistent with the Opinion, including consideration of Vernor's copyright misuse defense.

In light of the Ninth Circuit's decision and the Supreme Court's denial of certiorari, Vernor no longer wishes to pursue his First Claim for Relief. The parties previously reached an agreement and filed a Stipulation for dismissal with prejudice of Vernor's Second Claim for Relief captioned "Unfair And Deceptive Practices." The parties hereby stipulate and agree that judgment should be entered in favor of Autodesk as to the remaining First Claim for Relief, including, without limitation, Vernor's copyright misuse defense, thus disposing of this case in its entirety.

Respectfully submitted,

///

///

///

///

JOINT STATEMENT, STIPULATION AND ORDER FOR
ENTRY OF JUDGMENT
NO. 2:07-cv-01189-RAJ – Page 1

**Donahue Gallagher Woods LLP**
1999 Harrison Street , 25th Floor
Oakland, California  94612-3520
T: (510) 451-0544  F: (510) 832-1486

| | | |
|---|---|---|
| 1 | YARMUTH WILSDON CALFO PLLC | PUBLIC CITIZEN LITIGATION GROUP |
| 2 | | |
| 3 | By: /s/ Jeremy E. Roller<br>Angelo J. Calfo, WSBA No. 27079 | By: /s/ Gregory A. Beck<br>Gregory A. Beck (*pro hac vice*) |

YARMUTH WILSDON CALFO PLLC

By: /s/ Jeremy E. Roller
Angelo J. Calfo, WSBA No. 27079
Jeremy E. Roller, WSBA No. 32021
Fourth & Madison
925 Fourth Avenue, Suite 2500
Seattle, WA  98104
Telephone:  (206) 516-3800
Fax:  (206) 516-3888
Email:  acalfo@yarmuth.com
           jroller@yarmuth.com

DONAHUE GALLAGHER WOODS LLP

By: /s/ Julie E. Hofer
Lawrence K. Rockwell (*pro hac vice*)
Eric W. Doney (*pro hac vice*)
Julie E. Hofer (*pro hac vice*)
1999 Harrison Street, 25th Floor
Oakland, CA  94612
Telephone:  (510) 451-0544
Fax:  (510) 832-1486
Email:  larry@donahue.com
           eric@donahue.com
           julie@donahue.com

MORRISON & FOERSTER LLP

By: /s/ Michael A. Jacobs
Michael A. Jacobs (*pro hac vice pending*)
George C. Harris (*pro hac vice pending*)
Lynn M. Humphreys (*pro hac vice pending*)
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268.7000
Fax:  (415) 268.7522
Email:  MJacobs@mofo.com
           GHarris@mofo.com
           LHumphreys@mofo.com

*Attorneys for Defendant Autodesk, Inc.*

PUBLIC CITIZEN LITIGATION GROUP

By: /s/ Gregory A. Beck
Gregory A. Beck (*pro hac vice*)
1600 20th Street NW
Washington, DC  20009
Telephone:  (202) 588-1000
Fax:  (202) 588-7795
Email:  gbeck@citizen.org

*Attorneys for Plaintiff Timothy Vernor*

JOINT STATEMENT, STIPULATION AND ORDER FOR
ENTRY OF JUDGMENT
NO. 2:07-cv-01189-RAJ – Page 2

**Donahue Gallagher Woods LLP**
1999 Harrison Street , 25th Floor
Oakland, California  94612-3520
T: (510) 451-0544  F: (510) 832-1486

# ORDER

PURSUANT TO STIPULATION, IT IS ORDERED THAT JUDGMENT BE ENTERED IN FAVOR OF AUTODESK AND AGAINST TIMOTHY S. VERNOR AS TO THE REMAINING FIRST CLAIM FOR RELIEF IN THE ABOVE-CAPTIONED MATTER, INCLUDING, WITHOUT LIMITATION, VERNOR'S COPYRIGHT MISUSE DEFENSE, THUS DISPOSING OF THIS CASE IN ITS ENTIRETY.

IT IS SO ORDERED.

Dated: November 7, 2011

_（signed）Richard A. Jones_

The Honorable Richard A. Jones
United States District Court Judge

JOINT STATEMENT, STIPULATION AND ORDER FOR ENTRY OF JUDGMENT
NO. 2:07-cv-01189-RAJ – Page 3

**Donahue Gallagher Woods LLP**
1999 Harrison Street , 25th Floor
Oakland, California  94612-3520
T: (510) 451-0544  F: (510) 832-1486